USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

This Document Relates To:

| | |
|---|---|
| 07 Civ. 5742 | 07 Civ. 7370 |
| 07 Civ. 7775 | 07 Civ. 7776 |
| 07 Civ. 7778 | 07 Civ. 7779 |
| 07 Civ. 7863 | 07 Civ. 7803 |
| 07 Civ. 8208 | 07 Civ. 8156 |
| 07 Civ. 9229 | 07 Civ. 8830 |
| 07 Civ. 9593 | 07 Civ. 10578 |
| 07 Civ. 10954 | 07 Civ. 10995 |
| 07 Civ. 11092 | 07 Civ. 11297 |
| 07 Civ. 11305 | 07 Civ. 11483 |
| 07 Civ. 11484 | 07 Civ. 11485 |
| 07 Civ. 11628 | 08 Civ. 0024 |
| 08 Civ. 0116 | 08 Civ. 0117 |
| 08 Civ. 0418 | 08 Civ. 0908 |
| 08 Civ. 0950 | 08 Civ. 1111 |
| 08 Civ. 1938 | 08 Civ. 01973 |
| 08 Civ. 01974 | 08 Civ. 01983 |
| 08 Civ. 01975 | 08 Civ. 01985 |

----------------------------------------x

No. 02 Civ. 5571 (RJH (HBP)

**STIPULATION AND ORDER**

**WHEREAS** Defendant Jean-Marie Messier served interrogatories upon the Plaintiffs in the above captioned actions ("Individual Plaintiffs") on January 14, 2008, including contention interrogatories, denominated Interrogatories 1-8 ("Messier's Contention Interrogatories");

**WHEREAS** Individual Plaintiffs served interrogatories upon Defendants Jean-Marie Messier, Vivendi Universal, S.A. and Guillaume Hannezo (collectively referred to as "Defendants") on March 14, 2008, including contention interrogatories, denominated Interrogatories 2-17 and 19 ("Individual Plaintiffs' Contention Interrogatories");

**WHEREAS** during a court conference before the Honorable Henry Pitman, United States Magistrate Judge, held April 3, 2008, Individual Plaintiffs and Defendants reached an

695533 v1
[4/10/2008 17:56]

agreement whereby both sides would withdraw their contention interrogatories and, in place of Defendants' Contention Interrogatories *and* Plaintiffs' Contention Interrogatories, by May 15, 2008, Individual Plaintiffs agreed to provide a list to Defendants identifying each alleged misrepresentation or omission on which they rely in support of their claims, and, by June 15, 2008, Defendants agreed to identify which defenses, if any, apply to each alleged misrepresentation or omission on Individual Plaintiffs' list;

**WHEREAS** Magistrate Judge Pitman's order of April 10, 2008 strikes Individual Plaintiffs' Contention Interrogatories but omits any mention of Defendants' Contention Interrogatories;

**IT IS HEREBY STIPULATED, BY AND BETWEEN THE UNDERSIGNED COUNSEL,** that Defendants withdraw Messier's Contention Interrogatories.

Dated: New York, New York
April 11, 2008

_____
Michael J. Malone, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100
*Attorneys for Defendant Jean-Marie Messier*

_____
Anthony J. Harwood, Esq.
Labaton Sucharow LLP
140 Broadway
New York, New York 10005
(212) 907-0700

_____
Michael Paskin, Esq.
Cravath Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

_____
Stuart L. Berman
Schiffrin & Barroway, LLP
280 King of Prussia
Radnor, Pennsylvania 19087
(610) 667-7706

agreement whereby both sides would withdraw their contention interrogatories and, in place of Defendants' Contention Interrogatories *and* Plaintiffs' Contention Interrogatories, by May 15, 2008, Individual Plaintiffs agreed to provide a list to Defendants identifying each alleged misrepresentation or omission on which they rely in support of their claims, and, by June 15, 2008, Defendants agreed to identify which defenses, if any, apply to each alleged misrepresentation or omission on Individual Plaintiffs' list;

**WHEREAS** Magistrate Judge Pitman's order of April 10, 2008 strikes Individual Plaintiffs' Contention Interrogatories but omits any mention of Defendants' Contention Interrogatories;

**IT IS HEREBY STIPULATED, BY AND BETWEEN THE UNDERSIGNED COUNSEL,** that Defendants withdraw Messier's Contention Interrogatories.

Dated: New York, New York
April 11, 2008

_____
Michael J. Malone, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100
*Attorneys for Defendant Jean-Marie Messier*

Anthony J. Harwood, Esq.
Labaton Sucharow LLP
140 Broadway
New York, New York 10005
(212) 907-0700

_____
Michael Paskin, Esq.
Cravath Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Stuart L. Berman /JRS
Schiffrin & Barroway, LLP
280 King of Prussia
Radnor, Pennsylvania 19087
(610) 667-7706

agreement whereby both sides would withdraw their contention interrogatories and, in place of Defendants' Contention Interrogatories *and* Plaintiffs' Contention Interrogatories, by May 15, 2008, Individual Plaintiffs agreed to provide a list to Defendants identifying each alleged misrepresentation or omission on which they rely in support of their claims, and, by June 15, 2008, Defendants agreed to identify which defenses, if any, apply to each alleged misrepresentation or omission on Individual Plaintiffs' list;

**WHEREAS** Magistrate Judge Pitman's order of April 10, 2008 strikes Individual Plaintiffs' Contention Interrogatories but omits any mention of Defendants' Contention Interrogatories;

**IT IS HEREBY STIPULATED, BY AND BETWEEN THE UNDERSIGNED COUNSEL,** that Defendants withdraw Messier's Contention Interrogatories.

Dated: New York, New York
April 11, 2008

———————————————
Michael J. Malone, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100
*Attorneys for Defendant Jean-Marie Messier*

———————————————
Michael Paskin, Esq.
Cravath Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

———————————————
Anthony J. Harwood, Esq.
Labaton Sucharow LLP
140 Broadway
New York, New York 10005
(212) 907-0700

———————————————
Stuart L. Berman
Schiffrin & Barroway, LLP
280 King of Prussia
Radnor, Pennsylvania 19087
(610) 667-7706

_____
Penny Reid, Esq.
Weil Gotschal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Defendant Vivendi Universal S.A.*

_____
Martin L. Perschetz, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000
*Attorney for Defendant Guillaume Hannezo*

_____
Diane Toby Zilka
Grant & Eisenhofer, PA
485 Lexington Avenue, 29th Fl.
New York, New York 10017
(302) 622-7095

_____
Michael E. Elsner
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
(843) 216-9000

_____
Leslie Margaret Kelleher
Caplin & Drysdale
One Thomas Circle, N.W.
Washington D.C. 20005
(202) 862-5000

*Attorneys for Individual Plaintiffs*

**SO ORDERED:**

_____
Henry Pitman, United States Magistrate Judge

Dated:  New York, New York
        April __, 2008

_____  _____
Penny Reid, Esq.  Diane Toby Zilka
Weil Gotschal & Manges LLP  Grant & Eisenhofer, PA
767 Fifth Avenue  485 Lexington Avenue, 29th Fl.
New York, New York 10153  New York, New York 10017
(212) 310-8000  (302) 622-7095

*Attorneys for Defendant Vivendi Universal S.A.*


_____  _____
Martin L. Perschetz, Esq.  Michael E. Elsner
Schulte Roth & Zabel LLP  Motley Rice LLC
919 Third Avenue  28 Bridgeside Boulevard
New York, New York 10022  P.O. Box 1792
(212) 756-2000  Mount Pleasant, South Carolina 29465
*Attorney for Defendant Guillaume Hannezo*  (843) 216-9000


_____
Leslie Margaret Kelleher
Caplin & Drysdale
One Thomas Circle, N.W.
Washington D.C. 20005
(202) 862-5000

*Attorneys for Individual Plaintiffs*


**SO ORDERED:**


_____
Henry Pitman, United States Magistrate Judge

Dated:  New York, New York
        April ___, 2008

Penny Reid, Esq.
Weil Gotschal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Defendant Vivendi Universal S.A.*

Martin L. Perschetz, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000
*Attorney for Defendant Guillaume Hannezo*

Diane Toby Zilka
Grant & Eisenhofer, PA
485 Lexington Avenue, 29th Fl.
New York, New York 10017
(302) 622-7095

Michael E. Elsner
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
(843) 216-9000

Leslie Margaret Kelleher
Caplin & Drysdale
One Thomas Circle, N.W.
Washington D.C. 20005
(202) 862-5000

*Attorneys for Individual Plaintiffs*

**SO ORDERED:**

_____
Henry Pitman, United States Magistrate Judge

Dated: New York, New York
       April ___, 2008

Penny Reid, Esq.
Weil Gotschal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Defendant Vivendi Universal S.A.*

Martin L. Perschetz, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000
*Attorney for Defendant Guillaume Hannezo*

Diane Toby Zilka
Grant & Eisenhofer, PA
485 Lexington Avenue, 29th Fl.
New York, New York 10017
(302) 622-7095

Michael E. Elsner
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465
(843) 216-9000

Leslie Margaret Kelleher
Caplin & Drysdale
One Thomas Circle, N.W.
Washington D.C. 20005
(202) 862-5000

*Attorneys for Individual Plaintiffs*

**SO ORDERED:**

Henry Pitman, United States Magistrate Judge

Dated: New York, New York
       April 23, 2008